United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                              Case Nos.   2:24-cr-155(1)

Charles Wooden

---

COURTROOM MINUTES
Hearing on Motion to Revoke Order of Detention

| U.S. District Judge Algenon L. Marbley | | Date: February 3, 2025 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Jennifer Rausch |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Mike Hunter |
| Interpreter: | | Pretrial/Probation: | Dennis McCafferty |

The Court heard arguments regarding Defendant's Motion to Review and Revoke Detention Order.

The Court advised that the matter will be taken under consideration, a written opinion will be forthcoming, and further briefing is not needed.